IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

HENRY SMITH                                                                                    PETITIONER

v.                                      Case No. 6:22-cv-6078

UNITED STATES OF AMERICA                                                           RESPONDENT

**<u>ORDER</u>**

Before the Court is the Report and Recommendation filed by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 5. Petitioner Henry Smith, representing himself in this action, has responded with timely objections. ECF No. 6.  The Court finds the matter ripe for consideration.

On July 14, 2022, Smith filed a habeas petition pursuant to 28 U.S.C. § 2241 (ECF No. 1), which requires the petition to be filed in the federal district where Smith is currently confined.  *See Rumsfield v. Padilla*, 542 U.S. 426, 443 (2004) ("The plain language of the habeas statute confirms the general rule that for core habeas petitions challenging present physical confinement, jurisdiction lies on only one district:  the district of confinement.").  Smith is being held in the Federal Correctional Institution in Greenville, Illinois.  This facility is not located within the Western District of Arkansas.  Thus, the Court agrees with Judge Bryant's finding that the Court lacks subject matter jurisdiction over Smith's § 2241 petition and his recommendation that this case be dismissed.

Smith has filed objections, but he does not address the issue of subject matter jurisdiction. The Court has conducted a *de novo* review and finds that the objections lodged by Smith offer neither law nor fact requiring departure from Judge Bryant's recommendation that this case be dismissed.  Accordingly, Smith's objections are overruled, and the Court adopts the instant report

- 2 -

and recommendation (ECF No. 5) *in toto*. This case is **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**, this 29th day of August, 2022.

                                          /s/ Susan O. Hickey
                                          Susan O. Hickey
                                          Chief United States District Judge